

## NUMBER 13-09-00019-CV

## COURT OF APPEALS

## THIRTEENTH DISTRICT OF TEXAS

## CORPUS CHRISTI - EDINBURG

---

EUGENE X. MERCIER, INDIVIDUALLY,                                    Appellant,

v.

MARGARET MEGAN INGLE, INDIVIDUALLY,
AND THE INGLE LAW FIRM, L.L.C.,                                    Appellees.

---

On appeal from the 28th District Court of Nueces County, Texas.

---

# MEMORANDUM OPINION

### Before Justices Yañez, Rodriguez, and Benavides
### Memorandum Opinion Per Curiam

Appellant, Eugene X. Mercier, Individually, attempted to perfect an appeal from a

judgment entered by the 28th District Court of Nueces County, Texas, in cause number

07-5198-A.  Judgment in this cause was signed on October 9, 2008.  A motion for new trial

was filed on November 7, 2008.  Pursuant to Texas Rule of Appellate Procedure 26.1,

appellant's notice of appeal was due on January 7, 2009, but was not filed until January 8, 2009.

On January 13, 2009, the Clerk of this Court notified appellant of this defect so that steps could be taken to correct the defect, if it could be done. Appellant was advised that, if the defect was not corrected within ten days from the date of receipt of this Court's letter, the appeal would be dismissed. To date, no response has been received from appellant.

The Court, having examined and fully considered the documents on file, appellant's failure to timely perfect his appeal, and appellant's failure to respond to this Court's notice, is of the opinion that the appeal should be dismissed for want of jurisdiction. Accordingly, the appeal is hereby DISMISSED FOR WANT OF JURISDICTION.  *See* TEX. R. APP. P. 42.3(a)(c).

PER CURIAM

Memorandum Opinion delivered and
filed this the 26th day of March, 2009.